# EXHIBIT A



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Paula Victoria Whiting
_____
Plaintiff(s)                                                    '23 FEB 15 AM 11:20:19

v.

**Merrill Lynch & Co**                          Case No: 2023cab000366
_____
Defendant(s)

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Merrill Lynch & Co
_____
8075 Leesburg Pike Suie 600
_____
Vienna, VA 22182
_____

_____

     The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).
     Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.
     If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.
     If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.
     This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 02/10/2023    .

_Vernetta Himbry_                                    _02/10/2023_
Signature                                             Date of Signature

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
## COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

     I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____

_____

_____

_____                _____        _____
Signature                        Relationship to Defendant/Authority      Date of Signature
                                      to Receive Service

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828          ባለሙያ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시요

CA 1-A [Rev. June 2017]                                                          Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**Civil - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**(202) 879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-000366

**Case Caption:** Paula Victoria Whiting  v.  Merrill Lynh & Co

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 05/19/2023 | 9:30 AM | Remote Courtroom 318 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Milton C Lee. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb318

   Meeting ID: 129 801 7169

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## **ACCESSIBILITY AND LANGUAGE ACCESS**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና ለእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመጉገብም የተዘረዘሩን የጽሕፈ ቢሮ (ክለርክ'ስ አፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:

| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |



If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.
4. A facial covering will be required for entry into the remote hearing location; if you do not have a facial covering one will be provided.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto. Si** necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

4. Para ingresar al sitio de la audiencia remota deberá llevar una mascarilla facial; si no tiene mascarilla facial, se le proporcionará una.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

Filed
01/24/2023
Superior Court
of the District of Columbia



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Case No.        2023-CAB-000366

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | |
|---|---|
| Paula Victoria Whiting | vs     Merrill Lynch & CO. |
| PLAINTIFF | DEFENDANT |
| 4900 Springs Lane Apt. G | 8075 Leesbllrg Pike suite 600 |
| Address (No Post Office Boxes) | Address (No Post Office Boxes) |
| Norcross    GA    30092 | Vienna    VA    22182 |
| City    State    Zip Code | City    State    Zip Code |
| 6789373424 | 703-734-8000 |
| Telephone Number | Telephone Number |
| pau5827@yahoo.com | |
| Email Address (optional) | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Register Of WIlls clerk of the Probate Division File Docked DEC 6 2005

and File Docked June 12 2006

RE:ESTATE OF JOVAN WHITING- A Minor (deceased). TRUST NO. 3-95

1995TRP000003/1995TRP3

by Judy Chase Successor Trustee of the Supplemental Special Needs Trust for Jovan Whiting dated

March 6, 1995 from May 1, 2007 through April 30, 2008 deposit and administed

by Merrill Lynch & CO. I am sueing Judy B CHase ESQ Trustee for Lost Funds.

2. What relief are you requesting from the Court? Include any request for money damages.

I am sueing Merrill Lynch & CO. for $705,000.00 money that was trusted to them and

$100 Million for Pain and suffering that lead to lost of income spelled out

in the Special Needed Trust of Jovan Whiting *See Attachments*

lost of house-homelessness,lost of children,put in pyscho Ward for 3 weeks.

3. State any other information, of which the Court should be aware:

My son died May 2006 and Judy Chase cut my income June 2006 from $5000.00 a month to $0.

She said the money went back to the state

Yet Judy B Chase ESQ continued to get paid from the trust deposit and administered by Merrill Lynch & co.

for 3 years after my son Jovan Lewis Whiting past and trust was supposed to closed

Merrill Lynch & CO, Patricia Van Kirk, broker

and St Paul Fire and Marine, Lillian Pilzer,broker

and Judy B Chase ESQ. Trustee

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

Paula Victoria Whiting    *Paula V. Whiting*
**SIGNATURE**

*January 17, 2023*
**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2



Judgment will be insufficient to provide for all of the care and support that Jovan Whiting needs as the result of his disabilities, he will continue to require services and benefits from other public and private sources in order to meet his needs.

Accordingly, it is by the Court this __6th__ day of __March__, 1995

ORDERED, that the Petition to Establish a Supplemental Special Needs Trust is granted and the Supplemental Special Needs Trust for Jovan Whiting is hereby established.  A copy of the Trust hereby created is attached as Exhibit B.   The Court hereby appoints Dorothy Simpson Dickerson, Esquire, a member of the District of Columbia bar to serve as the Trustee of the Supplemental Special Needs Trust for Jovan Whiting, provided she files an undertaking with surety approved by the Court in the sum of $ 670,000.00 conditioned upon the faithful performance of this trust, and before accepting assets in excess of the stated amount, said trustee shall apply to the Court for an additional undertaking as the Court may deem appropriate; and it is further

ORDERED, said Trustee shall be subject to the requirements of SCR-304, SCR-305, and SCR-306, and if a non-resident, shall file a power of attorney pursuant to SCR-305(h).  Said trustee shall be reasonably compensated as approved by a Judge of the D.C. Superior Court, Probate Division; and it is further

ORDERED, the Court hereby approves Merrill Lynch, as the institutional investor to manage the Trust funds; and it is further

- 14 -



EXHIBIT B

FILED

MAR 8 1995

Register — File
Clerk Of The Probate Division

DOCKETED

**SUPPLEMENTAL SPECIAL NEEDS TRUST
FOR JOVAN WHITING**

THIS Supplemental Special Needs Trust is established by the Superior Court of the District of Columbia at the Petition of Paula Whiting the mother, next friends and natural guardian of Jovan Whiting in Whiting v. District of Columbia, Civil Action No. 93-2689 (D.C. Super.) ("the lawsuit"), pursuant to 42 U.S. Code § 1396p(d)(4)(A), 107 Stat. 625.

On December 9, 1994, the Honorable Joan Zeldon of the D.C. Superior Court entered a Consent Judgment and Order in Whiting v. District of Columbia, C.A. 93-2689 (D.C. Super.). The December 9, 1994 Consent Judgment and Order, (hereinafter referred to as "the Judgment"), reflects and incorporates the parties' agreement to settle the lawsuit. As contemplated in the Judgment, the establishment of this Supplemental Special Needs Trust is an essential prerequisite for the settlement and compromise of the lawsuit.

Dorothy Simpson Dickerson, Esquire, an attorney in good standing in the District of Columbia with professional liability insurance coverage hereby agrees to accept the trust and to serve as Trustee hereunder, on the terms and conditions set forth below and as set forth in the attached Order Establishing Supplemental Special Needs Trust entered ___March 6___, 1995. Merrill Lynch, an institutional investor with offices in the District of Columbia hereby agrees to manage the trust funds hereunder, on the terms



and conditions set forth below and as set forth in the attached
Order Establishing Supplemental Special Needs Trust entered _____
____March 6_____, 1995.  As used herein, the "Court" refers to the
Superior Court of the District of Columbia, or any Court having
jurisdiction of the trust, the Trustee, or the Beneficiary
hereunder.

I

Acceptance of Trust

The Trustee agrees to hold and retain, IN TRUST, sums paid to
the Trustee pursuant to the terms and conditions of the aforesaid
Consent Judgment and Order, to invest and reinvest the same, and
administer and distribute the trust estate thus constituted, for
the sole and exclusive benefit of Jovan Whiting, referred to below
as the Beneficiary.

II

Purpose of Trust

A.   The Beneficiary has been profoundly disabled since birth
in all areas of functioning.  He is totally dependent on others for
all aspects of his daily care.  He needs round-the-clock personal
attendant and nursing care, regular therapy and medical attention,
and specialized equipment and supplies.  Although he will benefit
from living and interacting with his family, he requires a home
environment that can be modified and adapted to meet his special
needs.  In addition, it is anticipated that he will need to have
the use of a customized van or other appropriate vehicle, so that
he can be properly and safely transported.  His disabilities will



last all his life, and he will never have any significant earning capacity. As a consequence, he will never be capable of investing and managing funds and he will require continuing personal assistance and care and supervision for the rest of his life. The intent and purpose of this Trust is to provide a Supplemental Special Needs Trust, to supplement public resources and benefits so as to provide for the special needs of the Beneficiary. As used herein, the phrase "special needs" means the requisites for maintaining the Beneficiary's health, safety, and welfare when in the discretion of the Trustee such requisites are not being provided by any public agency. The funds of the Trust may be used as an emergency or backup fund secondary to public resources.

B.   It is anticipated that the funds committed to this Trust, and all other funds available for him, will be insufficient to provide for all of the care and support that he needs as a result of his disabilities, and he will require services and benefits from other public and private sources in order to meet his needs. This Trust is therefore established to provide for management of funds and to provide a source of funds for services and benefits required by the Beneficiary during his lifetime that will supplement services and benefits available to him from other sources.

C.   The funds received by the Trust pursuant to the Consent Judgment and Order are subject to the terms and conditions stated herein, and therefore, are not to be deemed available to the

- 3 -

Beneficiary, but instead shall be used for his sole benefit as provided herein.

D.   The Trust is irrevocable.   The Court shall nevertheless have continuing authority to amend the terms hereof to carry out the intention of the Court and the parties hereto, as stated in this Article II, in the event of changes or developments in laws and regulations concerning services and benefits for persons with disabilities or as necessary to maximize benefits from the Trust for the Beneficiary.

E.   Since this Trust is intended to provide benefits for the Beneficiary without interfering with benefits that may be available from other sources so as to improve the quality of the Beneficiary's life and maximize benefits available to him, the Trustee shall withhold any distribution that in the Trustee's judgment would not achieve its intended benefit for the Beneficiary.

## III

## Trust Estate

A.   Pursuant to the terms and conditions of the Consent Judgment and Order, a sum of Six Hundred Seventy Thousand ($670,000.00) Dollars shall be paid over to the Jovan Whiting Supplemental Needs Trustee from the settlement of the lawsuit against the District of Columbia, upon appointment of a guardian or guardians of the minor's estate as required by D.C. Code Section 21-120 (1981).   These funds shall constitute the initial Trust Corpus.  The funds shall not become available to the Beneficiary,

- 4 -



or be placed in his possession, but instead shall be used solely for his benefit as provided below.

B.  Additions acceptable to the Trustee may be made to the initial trust corpus from any source at any time.

IV

**Use and Distribution of Trust Income and Corpus**

A.  The Trustee is authorized to apply for the benefit of the Beneficiary as much of the net income and corpus of the Trust, up to the whole thereof, as the Trustee deems appropriate, in the Trustee's sole and absolute discretion, to supplement goods, services and benefits available to the Beneficiary from other sources, in ways that will contribute to the quality of the Beneficiary's life by minimizing or compensating for his disabilities.  Such distributions shall not supplant goods, services and benefits available to the Beneficiary from other sources, public or private.  "Supplement", as used in this instrument, includes the provision of goods, services and benefits that are qualitatively or quantitatively superior to those available to the Beneficiary from other sources.  Any net income that is not distributed annually shall be accumulated and added to the corpus of the Trust.

B.  Pursuant to the Judgment and Order, the terms and conditions of which are incorporated herein by reference, upon application, the trustee is authorized to purchase a specially modified van and related special equipment or other appropriate vehicle from the initial Trust Corpus, when in the judgment of the trustee, the minor child is in need of said vehicle and equipment.

- 5 -



to any tangible personal property or real property held in the name of the Trust for the use of the Beneficiary.

F.    While this Trust is in existence, the assets of this Trust shall in no way be assignable or alienable by the Beneficiary through any process whatsoever, and the assets of this Trust shall not be subject to garnishment, attachment, levy, or any other legal process of any court by any creditor of the Beneficiary, nor shall the assets be an asset of the Beneficiary in any future bankruptcy of the Beneficiary.

## V.

### Term and Remainder

A.    This Trust shall continue for the lifetime of the Beneficiary, subject to the general terms and conditions contained in this instrument.

B.    Any State that has provided unreimbursed medical assistance ("Medicaid") benefits for the Beneficiary shall receive the monies remaining in the trust upon the death of the Beneficiary up to an amount equal to the total medical assistance paid on behalf of the Beneficiary.   Thereafter, any amounts remaining in the corpus of the Trust shall be subject to the terms and conditions of the Judgment.   The Judgment provides that upon the Beneficiary's death, the District of Columbia shall have a reversionary interest in the Jovan Whiting Supplemental Special Needs Trust and/or remaining annuity funding as set forth below. Specifically, the District of Columbia shall have a reversionary interest in any of the monies remaining, after satisfaction of the



C.   Any successor Trustee hereunder shall be responsible only for the assets delivered by the predecessor Trustee, and may accept as correct the statement of the predecessor Trustee or its legal representative that these constitute all of the assets of the Trust estate, without any duty to inquire into the administration or accounting by the predecessor Trustee.  No successor Trustee shall be held responsible for any act or omission of a predecessor in Trust.

D.   The Trustee is responsible for financial management and investment and shall have the powers and authority of Trustees granted under the laws of the District of Columbia.  The Trustee shall also have the following specific powers, which are by way of extension of the general powers heretofore referred to, and not in limitation thereof:

1.   To invest and reinvest, sell, mortgage, exchange or lease any property, real or personal, and every kind of investment, specifically including, but not by way of limitation, interest-bearing accounts, corporate obligations of every kind, stocks, preferred or common, shares of investment trusts, investment companies, mutual funds, limited companies, general and limited partnerships, and mortgage participation, which persons of prudence, discretion, and intelligence acquire for their own account, having due regard to the current and long-term purposes of the trust;

2.   To continue to hold any property received or acquired under the trust by the Trustee, for as long as persons of prudence, discretion, and intelligence would hold such property or operate such business for their own account;

3.   To manage, control, grant options on, sell (with or without notice, at either public or private sale, for cash or on deferred payments), convey, exchange, partition, divide, improve, and repair trust property;

- 9 -

4. To employ the services of agents, accountants, bookkeepers, investment counsel, brokers, custodians, managers and attorneys for the trust, and to pay reasonable compensation therefor from the trust;

5. To compromise or otherwise adjust any claim or litigation against or in favor of the trust, and to pay costs of litigating any issues concerning the entitlement of the Beneficiary to any services or benefits or otherwise incurred in protecting and asserting the Beneficiary's rights;

6. With respect to securities held in the trust, to have the powers to vote, give proxies, and pay assessments, to participate in voting trusts, pooling agreements, foreclosures, reorganizations, consolidations, mergers, liquidations, sales, and leases, and incident to such participation to deposit securities with and transfer titles to any protective or other committee on such terms as the Trustee shall deem advisable and to exercise or sell stock subscription or conversion rights; and

7. Upon any division or partial or final distribution of the trust, to partition, allot, and distribute the trust estate in kind, in money, or in any combination thereof, on a pro rata or non pro rata basis; and to sell such property as the Trustee shall deem necessary to make such division or distribution.

E.  The Trustee, or her successors, shall make an annual statement of transactions and assets concerning all financial and investment activity undertaken on behalf of the Trust.  A copy of the statement shall be delivered to any court-appointed personal representative of the Beneficiary, to the District of Columbia through the Office of Corporation Counsel, deputy Corporation Counsel, Civil Division to Paula Whiting, during her lifetime, and to each living sibling of the Beneficiary after the death of Jovan Whiting.  The Trust shall be subject to the supervision of the Court, pursuant to SCR-304, SCR-305, and SCR-306, and the Trustee,

- 20 -

or his successors, shall render annual accounting to the Court, but the Trustee, or his successors, need not secure advance approval of investments or expenditures, unless required by further order of the Court or deemed advisable by the Trustee.

F.   No purchaser, seller, transferor or transferee of Trust properties shall be required to ascertain whether or not a transaction by the Trustee is authorized hereunder, and the deed or contract of the Trustee shall be sufficient to validate any such transaction.

G.   The Trustee, or his successors, shall be the sole administrator(s) of the Trust property at the death of the Beneficiary.

### VII

### Applicable Law

The Trust and the interpretation and application of this instrument shall be governed by the laws of the District of Columbia.

### VIII

### Compensation and Bond

The Trustee shall be entitled to reasonable compensation for its services rendered as approved by the Court.  The Trustee shall be bonded in an amount sufficient to cover all assets of the trust.

SO ORDERED, this ___6th___ day of _____March_____, 1995.

_____

J U D G E

- 11 -

Lot 4008, Square 42, improved
by premises 722 Easy Lane,
Washington, D. C. Rented
for $250.00 per month.

**REAL ESTATE**
(IF NOT INCLUDED IN SCHEDULE "L")

| | $10,000 | None | Unknown |
|---|---|---|---|

| COMPLETE LOCATION AND DESCRIPTION | Assessed Value | Encumbrance (Mortage Lien, Etc.) | Market Value If Known |
|---|---|---|---|
| | $ | $ | $ |
| COLUMN TOTALS ............................ | $ 0 | $ 0 | $ 0 |

The foregoing securities are kept or deposited at _the office of Merrill Lynch,_
_8075 Leesburg Pike, Vienna, VA   Patricia VanKirk, broker_
in the name of _FAO Jovan Whiting; Judy B. Chase, Trustee_

The penalty of my undertaking is $ _*705,000.00**_
The original undertaking was filed on the _2nd_ day of _June 2000_ ,
The surety is _St. Paul Fire and Marine, Lillian Pilzer, broker_

# District of Columbia. to wit:

**FILED
DOCKETED
DEC 6 2005**

I/we the undersigned, _____ JUDY B. CHASE _____
*(Type or Print Plainly)*

**Register Of Wills
Clerk of the Probate Division**

do solemnly swear that the foregoing accounting is just and true, and that _I_

have bona fide paid, or secured to be paid, the several sums for which _I_ claim credit
and allowance.

_Judy B. Chase_
*(Signature)*
_Estate Jovan Whiting_
_Trust 3-95_
Subscribed and sworn to before me this _14_ day of _Sept_ , A.D. 19 _2005_

Notary Public District of Columbia
**Brian Combs**
My Commission Expires June 30, 2009

5335 Wisconsin Avenue, Suite 440

Washington, D. C.   20015
*(Address)*

_Brian Combs_
*Notary Public/Register of Wills/Clerk*

## Superior Court of the District of Columbia
### PROBATE DIVISION

On this _5th_ day of _Dec._ , A.D. 19 _2005_
_fifth_
the foregoing account, being now presented for approval, the same is, after examination by the Court, approved
and passed.

_Peter H. Wolf_
*Judge.*

Form FD-133P/Sept. 88    9-1442-11 w6-512

_(see attached page.)_

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

**Probate Division**

IN RE:

*1995 TRP 3*
**Trust No. 3-95**

**ESTATE OF JOVAN WHITING,**
    A Minor (deceased).

**ORDER**

Upon consideration of the Petition for Compensation for Services of Successor

Trustee submitted by Judy B. Chase, Esquire, for her representation and services as

Successor Trustee of the Supplemental Special Needs Trust for Jovan Whiting dated

March 6, 1995 from May 1, 2007 through April 30, 2008 and the Statement of

Services of Successor Trustee submitted in support thereof, it is, by the Court, this ____

day of _____ 2008,

ORDERED that Judy B. Chase, Esquire, be, and hereby is, awarded the

requested sum of *$8,960* as attorney's fees representing compensation for 51.2

hours at an hourly rate of $175.00, plus *$83.60* in unreimbursed costs to be paid from

the Trust's diversified Insured Savings Account (ISA) entitled Supplemental Special

Needs Trust U/A DTD 03/06/95 FBO Jovan Whiting, Judy B. Chase TTEE, which is on

deposit with and administered by Merrill Lynch & Co. Inc.

_____
JUDGE

cc: See attached list.

May. 26. 2015 10:08AM   The Pope Companies                    No. 7291   P. 1

*Pope Funeral Home*
**Statement Of Account**
As Of : May 26, 2015                                          101051

MS. PAULA WHITING
5827 BARNES DRIVE
CLINTON MD
20735                                                  Re: Funeral of JOVAN WHITING

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 05/05/2006 | Invoice | Invoice | 5844.25 |
| 05/11/2006 | Payment | JUDY B. CHASE-TIFF | -5844.25 |
| | | Balance | 0.00 |

**FILED**

SEP 2 3 2015

REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

DOCKETED #
SCANNED

**IN THE ORPHANS' COURT FOR**
(OR)
**BEFORE THE REGISTER OF WILLS FOR** _____PRINCE GEORGE'S_____ , MARYLAND

IN THE ESTATE OF:

JOVAN LEWIS WHITING _____     ESTATE NO. 101051

FOR:

☐ **REGULAR ESTATE**
**PETITION FOR ADMINISTRATION**
Estate value in excess of $50,000.
(If spouse is sole heir or  legatee, $100,000.)
Values for DOD before October 1, 2012 are
$30,000 and $50,000 if spouse is the sole
legatee or heir.
**Complete and attach  Schedule A.**

☑ **SMALL ESTATE**
**PETITION FOR ADMINISTRATION**
Estate value of $50,000 or less.
(If spouse is sole heir or legatee, $100,000.)
Values for DOD before October 1, 2012 are
$30,000 and $50,000 if spouse is the sole
legatee or heir.
**Complete and attach  Schedule B.**

☐ **WILL OF NO ESTATE**
**Complete items 2 and 8**

☐ **LIMITED ORDERS**
**Complete item 2 and
attach Schedule C**

NOTE: For the purpose of computing whether an estate qualifies as a small estate, value is
determined by the fair market value of property less debts of record secured by the property as
of the date of death, to the extent that insurance benefits are not payable to the lien holder or
secured party for the secured debt. See Code, Estates and Trusts Article, §§-601 (d).

The Petition of:

PAULA  V. WHITING _____     3001 BRANCH AVENUE APT 232

TEMPLE HILLS, MD 20748

**FILED**

SEP 2 3 2015

**REGISTER OF WILLS
PRINCE GEORGE'S COUNTY**

_____     _____
Name                 Address

_____     _____
Name                 Address

Each of us states:

1.   I am (a) at least 18 years of age and either a citizen of the United States or a permanent resident of the United States
who is the spouse of the decedent, an ancestor of the decedent, a descendant of the decedent, or a sibling of the
decedent or (b) a trust company or any other corporation authorized by law to act as a personal representative.

2.   The Decedent, _____JOVAN LEWIS WHITING_____ , was
domiciled in PRINCE GEORGE'S  State of _____MARYLAND_____  and died on the  2nd  day of ____MAY____ ,
                    (County)
____2008____ , at _____SOUTHERN MARYLAND HOSPITAL_____ .
                                           (place of death)

3.   If the decedent was not domiciled in this county at the time of death, this is the proper office in which to file this
petition because: _____

4.   I am entitled to priority of appointment as personal representative of the decedent's estate pursuant to §5-104 of the
Estates and Trusts Article, Annotated Code of Maryland because: I AM HIS MOTHER _____

5.   I am mentally competent.

**PROOF OF DEATH VERIFIED**

6.   I have not been convicted of a serious crime.

7.   I am not excluded by other provisions of §5-105 (b) of the Estates and Trusts Article, Annotated Code of Maryland from
serving as a personal representative.

Regular Estate - RW1112     Page 1 of 2 with Schedule A (RW1136)
Small Estate - RW1103       Page 1 of 2 with Schedule B (RW1137)
Will of No Estate - RW1135  Page 1 of 2
Limited Order - RW1147      Page 1 of 2 with Schedule C (RW1148)
Rev. 05/01/2013

DOCKETED #1
SCANNED

ROWNET
6/2013

IN THE ORPHANS' COURT FOR
(OR)
BEFORE THE REGISTER OF WILLS FOR      <u>PRINCE GEORGE'S</u>   , MARYLAND

IN THE ESTATE OF:
<u>JOVAN LEWIS WHITING</u>                                          ESTATE NO. <u>101051</u>

## SCHEDULE - B
### Small Estate - Assets and Debts of the Decedent

1.  I have made a diligent search to discover all property and debts of the decedent and set forth below are:

    (a) A listing of all real and personal property owned by the decedent, individually or as tenant in common, and of any other property to which the decedent or estate would be entitled, including descriptions, values, and how values were determined:

<u>DISTRICT OF COLUMBIA UNCLAIMED PROPERTY $2643.00</u>

FILED

SEP 2 3 2015

REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

    (b) A listing of all creditors and claimants and the amounts claimed, including secured, contingent and disputed claims:

<u>POPE FUNERAL HOME $5844.25</u>

2.  Allowable funeral expenses are _____ $5,000.00 _____ ;   statutory family allowances are
_____ $0.00 _____ ;   and expenses of administration claimed are _____ $26.43
3.  Attached is a List of Interested Persons.

4.  After the time for filing claims has expired, subject to the statutory order of priorities, and subject to the resolution of disputed claims by the parties or the court, I shall (a) pay all proper claims made pursuant to Code, Estates and Trusts Article, §8-104 in the order of priority set forth in Code, Estates and Trusts Article, §8-105, expenses, and allowances not previously paid; (b) if necessary, sell property of the estate in order to do so; and (c) distribute the remaining assets of the estate in accordance with the will or, if none, with the intestacy laws of this State.

    I solemnly affirm under the penalties of perjury that the contents of the foregoing document are true to the best of my knowledge, information and belief.

_____          *Paula V. Whiting*   9/23/2015
Attorney                                                        PAULA V. WHITING                Date

_____          _____
Address                                                       Petitioner                                  Date

_____          _____
Telephone Number                                       Petitioner                                  Date

_____          _____
Facsimile Number                                         Telephone Number (optional)

_____
E-mail Address

DOCKETED #
SCANNED

RW1137
Rev. 05/01/2013                                                                                          POWNET
                                                                                                               5/2013

101051

8.  I have made a diligent search for the decedent's will and to the best of my knowledge:

☑  none exists; or

☐  the will dated _____ (including codicils, if any, dated _____)
accompanying this petition is the last will and it came into my hands in the following manner:

_____

_____

and the names and last known addresses of the witnesses are:

_____

_____

_____

9.  Other proceedings, known to petitioner, regarding the decedent or the estate are as follows:
    N/A
    _____

10. If appointed, I accept the duties of the office of personal representative and consent to personal jurisdiction in any
    action brought in this State against me as personal representative or arising out of the duties of the office of
    personal representative.

    WHEREFORE, I request appointment as personal representative of the decedent's estate and t~~he follo~~w~~ing re~~lief as
    indicated:

    ☐  that the will and codicils, if any, be admitted to administrative probate;

    ☐  that the will and codicils, if any, be admitted to judicial probate;

    ☐  that the will and codicils, if any, be filed only;

    ☐  that only a limited order be issued;

    ☑  that the following additional relief be granted: LETTERS OF ADMINISTRATION TO BE ISSUED
       _____

FILED

SEP 2 3 2015

REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

    I solemnly affirm under the penalties of perjury that the contents of the foregoing document are true to the best of my
    knowledge, information and belief.

_____          _Paula V. Whiting_          _9/23/2015_
Attorney                               PAULA V. WHITING                Date

_____          _____
            Address                    Petitioner                     Date

_____          _____
                                       Petitioner                     Date

_____          _____
       Telephone Number                Telephone Number (optional)

_____
      Facsimile Number

_____
       E-mail Address

Regular Estate - RW1112      Page 2 of 2 with Schedule A (RW1136)
Small Estate - RW1103        Page 2 of 2 with Schedule B (RW1137)
Will of No Estate - RW1135   Page 2 of 2
Limited Order - RW1147       Page 2 of 2 with Schedule C (RW1148)
Rev. 05/01/2013

DOCKETED #_____
SCANNED
                    ROW.NET
                    82013

Estate of Jovan Whiting

Judy Chase, Esq.                                          Trust 3-95
5335 Wisconsin Avenue, NW
#440
Washington, DC  20015

Paula Whiting
Jovan Whiting
5827 Barnes Drive
Clinton, MD  20735









OFFICE REGISTER OF WILLS
CLERK OF THE PROBATE DIVISION
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE



UNITED STATES POSTAGE
$ 00.37°
02
0004359762      DEC 07 2005
MAILED FROM ZIP CODE 2000?

Paula Whiting
Jovan Whiting
5827 Barnes Drive
Clinton, MD  20735

20735+4723-27  C006



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

Paula V Whiting

_____
                                    Plaintiff
                vs.

Merrill Lynch &CO                          Case Number  2023 C A B 000366

_____
                                    Defendant

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty one (21) days after service of this summons upon you,
exclusive of the day of service. If you are being sued as an officer or agency of the United States Government
or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer,
judgment by default may be entered against you for the relief demanded in the complaint.

NONE/Paula V Whiting
_____                            _Clerk of the Court_
Name of Plaintiff's Attorney

4900 Springs Lane Apt.G
_____          By _____
Address
Norcross Ga. 30092                                        Deputy Clerk
_____
678-937-3424                                             February 10, 2023
_____          Date _____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요.        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                          Super. Ct. Civ. R. 4



# Superior Court of the District of Columbia
## CIVIL DIVISION

Check One:

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4th Street, N.W.
Room 119
Washington, D.C. 20001
Telephone: (202) 879-1120

_____
                    Plaintiff
        v.                          CASE NUMBER: _____
_____
                    Defendant

### ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____
_____
_____
_____
_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                 Date

_____          _____
Printed Name and Bar Number (if applicable)   Street Address

_____          _____
Email Address and Phone Number            City, State, Zip

### CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party-parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                      Name

_____          _____
Street Address                            Street Address

_____          _____
City, State, Zip                          City, State, Zip

_____          _____
Email Address and Phone Number            Email Address and Phone Number

Form CV(6)-451 Jan 2020                   Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5